# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:24-00112-TFM-N |
| | ) |
| **TAVARIS LAMON BODY,** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **TAVARIS LAMON BODY, aka "TRICK,"** by consent appeared along with their counsel of record, Jonathan Friedlander, before the undersigned Magistrate Judge on February 20, 2025, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count Two of the Superseding Indictment (Doc. 170) charging a violation of Title 21, United States Code, Sections 846 (Conspiracy to Possess with Intent to Distribute Cocaine).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **TAVARIS LAMON BODY**, be adjudged guilty and have sentence imposed accordingly. Defendant's sentencing hearing before United States District Judge

1

Terry F. Moorer is set for **May 22, 2025, at 11:00 a.m. (CST)**, pending the adoption of this Report and Recommendation.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

 **DONE** this the 20th Day of February 2025.

        */s/ Katherine P. Nelson*
        **KATHERINE P. NELSON**
        **UNITED STATES MAGISTRATE JUDGE**