### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIM. ACT. NO. 1:24-cr-112-TFM-N** |
| ) | |
| **TAVARIS LAMON BODY** ) | |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

On February 20, 2025, the Defendant Tavaris Lamon Body, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count Two of the Superseding Indictment (Doc. 170) charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Cocaine. *See* Docs. 314, 315. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 316. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 2 of the Superseding Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 22, 2025 at 11:00 a.m.** under separate Order.

**DONE** and **ORDERED** this 7th day of March, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE